GREEN *et al.*, Respondents, *v.* WESTON *et al.*, Appellants.

(*Supreme Court, General Term, Third Department.* May 26, 1890.)

Appeal from special term, Fulton county.

Action by James W. Green and George R. Hannon against Abijah Weston and Charles Weston.

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

*Elias Root,* for appellants. *William Green,* for respondents.

LEARNED, P. J. Appeal from an order denying motion to change place of trial for convenience of witnesses from Fulton county to Niagara county. Action to recover $105.60 damages for defect in lath sold by defendants to plaintiffs' assignors. Order affirmed, with $10 costs. All concur.

---

DIEFENDORF *v.* DIEFENDORF *et al.*

(*Supreme Court, General Term, Third Department.* July 7, 1890.)

No opinion. Judgment corrected as on file. See 8 N. Y. Supp. **617.**

---

EISENLORD, Appellant, *v.* EISENLORD *et al.*, Respondents.

(*Supreme Court, General Term, Third Department.* July 7, 1890.)

No opinion. Judgment affirmed, with costs. See 2 N. Y. Supp. **123.**

---

HAYES *et al.*, Appellants, *v.* ALSDORF, Respondent.

(*Supreme Court, General Term, Third Department.* July 7, 1890.)

No opinion. Order affirmed, with $10 costs and printing disbursements.

---

MOREY *v.* WALKER. SAME *v.* WHITE.

(*Supreme Court, General Term, Third Department.* July 7, 1890.)

No opinion. Order affirmed, with $10 costs and printing disbursements.

---

PEOPLE *ex rel.* VAN HISE, Appellant, *v.* BOARD OF POLICE COMMISSIONERS, Respondents.

(*Supreme Court, General Term, Third Department.* July 7, 1890.)

No opinion. Proceedings reversed, with $50 costs and disbursements.